**DARVY MACK COHAN**   State Bar Number 056753
Attorney at Law
7855 Ivanhoe Avenue, Suite 400
La Jolla, California 92037
Telephone Number (858) 459-4432
Facsimile Number (858) 454-3548

The following constitutes the order of the court.
Signed August 12, 2015

Proposed Attorney for Debtor
NNN Met Center 15 39, LLC,
a Delaware Limited Liability Company

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>NNN Met Center 15 39, LLC,<br>a Delaware Limited Liability Company<br><br>Debtor. | **Bankruptcy No.** 15-42359 WJL<br>Chapter 11<br><br>**AMENDED ORDER GRANTING *EX PARTE* MOTION FOR ENTRY OF AN ORDER FOR JOINT ADMINISTRATION OF CASES**<br><br>**Hearing Date**<br>Date:   (None requested)<br>Time:<br>Place:  1300 Clay Street<br>         Room 220<br>         Oakland, CA 94612<br>Judge:  The Hon. William J. Lafferty |

The Court, having read and considered the *Ex Parte* Motion for Entry of an Order for Joint Administration of Cases (the "Motion"), filed by NNN Met Center 15 39, LLC, (the "Debtor"), the debtor and debtor in possession herein, all declarations and papers filed in support of the Motion, the docket in this case, the record in this case, and other good cause appearing, therefor,

IT IS HEREBY ORDERED THAT

1. The Motion is hereby granted in its entirety

2. The following Chapter 11 bankruptcy cases (the "Cases") are consolidated for procedural purposes only and are jointly administered under the case , NNN Met Center 15 39, LLC, a Delaware limited liability company, bearing case number 15-42359-WJL:

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
Ch 11 Bankruptcy Case Number   15-42359 WJL

| Chapter 11 Debtor | Case Number |
|---|---|
| NNN Met Center 15, LLC | 15-42361 |
| NNN Met Center 15 4, LLC | 15-42362 |
| NNN Met Center 15 5, LLC | 15-42363 |
| NNN Met Center 15 6, LLC | 15-42365 |
| NNN Met Center 15 7, LLC | 15-42366 |
| NNN Met Center 15 8, LLC | 15-42368 |
| NNN Met Center 15 9, LLC | 15-42369 |
| NNN Met Center 15 10, LLC | 15-42371 |
| NNN Met Center 15 11, LLC | 15-42372 |
| NNN Met Center 15 12, LLC | 15-42374 |
| NNN Met Center 15 13, LLC | 15-42375 |
| NNN Met Center 15 16, LLC | 15-42377 |
| NNN Met Center 15 18, LLC | 15-42378 |
| NNN Met Center 15 19, LLC | 15-42380 |
| NNN Met Center 15 20, LLC | 15-42382 |
| NNN Met Center 15 21, LLC | 15-42383 |
| NNN Met Center 15 22, LLC | 15-42385 |
| NNN Met Center 15 23, LLC | 15-42387 |
| NNN Met Center 15 25, LLC | 15-42389 |
| NNN Met Center 15 26, LLC | 15-42391 |
| NNN Met Center 15 28, LLC | 15-42393 |
| NNN Met Center 15 29, LLC | 15-42394 |
| NNN Met Center 15 30, LLC | 15-42395 |
| NNN Met Center 15 31, LLC | 15-42396 |
| NNN Met Center 15 32, LLC | 15-42397 |
| NNN Met Center 15 33, LLC | 15-42400 |
| NNN Met Center 15 34, LLC | 15-42401 |
| NNN Met Center 15 35, LLC | 15-42404 |
| NNN Met Center 15 36, LLC | 15-42405 |
| NNN Met Center 15 38, LLC | 15-42406 |
| NNN Met Center 15 39, LLC | 15-42359 |
| NNN Met Center 15 40, LLC | 15-42407 |
| NNN Met Center 15 41, LLC | 15-42408 |

3. The caption of the jointly administered Cases will read as follows:

**UNITED STATES BANKRUPTCY COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re ) | **Lead Bankruptcy Case No.** 15-42359 WJL |
| ) | Jointly administered with |
| NNN Met Center 15 39, LLC, ) | |
| a Delaware Limited Liability Company, ) | Bankruptcy Case No. 15-42361 |
| ) | Bankruptcy Case No. 15-42362 |
|     Debtor and Debtor in Possession. ) | Bankruptcy Case No. 15-42363 |
| _____ ) | Bankruptcy Case No. 15-42365 |
| And Jointly Administered Cases ) | Bankruptcy Case No. 15-42366 |
| ) | Bankruptcy Case No. 15-42368 |
| ) | Bankruptcy Case No. 15-42369 |
| ☐   Applies to All Cases ) | Bankruptcy Case No. 15-42371 |
| ) | Bankruptcy Case No. 15-42372 |
| ☐   Applies to Met Center 15, LLC ) | Bankruptcy Case No. 15-42374 |
| ☐   Applies to Met Center 15 4, LLC ) | Bankruptcy Case No. 15-42375 |
| ☐   Applies to Met Center 15 5, LLC ) | Bankruptcy Case No. 15-42377 |
| ☐   Applies to Met Center 15 6 LLC ) | Bankruptcy Case No. 15-42378 |
| ☐   Applies to Met Center 15 7, LLC ) | Bankruptcy Case No. 15-42380 |
| ☐   Applies to Met Center 15 8, LLC ) | Bankruptcy Case No. 15-42382 |
| ☐   Applies to Met Center 15 9, LLC ) | Bankruptcy Case No. 15-42383 |
| ☐   Applies to Met Center 15 10, LLC ) | Bankruptcy Case No. 15-42385 |
| ☐   Applies to Met Center 15 11, LLC ) | Bankruptcy Case No. 15-42387 |
| ☐   Applies to Met Center 15 12, LLC ) | Bankruptcy Case No. 15-42389 |
| ☐   Applies to Met Center 15 13, LLC ) | Bankruptcy Case No. 15-42391 |
| ☐   Applies to Met Center 15 16, LLC ) | Bankruptcy Case No. 15-42393 |
| ☐   Applies to Met Center 15 18, LLC ) | Bankruptcy Case No. 15-42394 |
| ☐   Applies to Met Center 15 19, LLC ) | Bankruptcy Case No. 15-42395 |
| ☐   Applies to Met Center 15 20, LLC ) | Bankruptcy Case No. 15-42396 |
| ☐   Applies to Met Center 15 21, LLC ) | Bankruptcy Case No. 15-42397 |
| ☐   Applies to Met Center 15 22, LLC ) | Bankruptcy Case No. 15-42400 |
| ☐   Applies to Met Center 15 23, LLC ) | Bankruptcy Case No. 15-42401 |
| ☐   Applies to Met Center 15 25, LLC ) | Bankruptcy Case No. 15-42404 |
| ☐   Applies to Met Center 15 26, LLC ) | Bankruptcy Case No. 15-42405 |
| ☐   Applies to Met Center 15 28, LLC ) | Bankruptcy Case No. 15-42406 |
| ☐   Applies to Met Center 15 29, LLC ) | Bankruptcy Case No. 15-42407 |
| ☐   Applies to Met Center 15 30, LLC ) | Bankruptcy Case No. 15-42408 |
| ☐   Applies to Met Center 15 31, LLC ) | |
| ☐   Applies to Met Center 15 32, LLC ) | |
| ☐   Applies to Met Center 15 33, LLC ) | Chapter 11 |
| ☐   Applies to Met Center 15 34, LLC ) | |
| ☐   Applies to Met Center 15 35, LLC ) | |
| ☐   Applies to Met Center 15 36, LLC ) | |
| ☐   Applies to Met Center 15 38, LLC ) | |
| ☐   Applies to Met Center 15 40, LLC ) | |
| ☐   Applies to Met Center 15 41, LLC ) | |
| ) | |
|     Debtors and Debtors in Possession ) | |
| _____ ) | |

Ch 11 Bankruptcy Case Number 15-42359 WJL
Order Granting *Ex Parte* Motion for Entry of an Order for Joint Administration of Cases
Case: 15-42359    Doc# 16    Filed: 08/12/15    Entered: 08/13/15 14:38:28    Page 3 of 6

4. The Clerk of the Court will enter all documents filed in the Cases on the docket for the lead case of NNN Met Center 15 29, LLC, a Delaware limited liability company, bearing Case Number 15-42359 WJL.

*** END OF ORDER ***

COURT SERVICE LIST

Alan Sparks, Restructuring Officer and Responsible Individual
c/o GEMMA COMPANIIES, LLC
15849 N. 71st Street, Suite 100
Scottsdale, AZ 85254

GECMC 2005-C4 Metro Center, LLC
c/o Akin Gump Strauss Hauer & Feld LLP
1700 Pacific Avenue, Suite 4100
Dallas, TX 75201

Breakwater Equity Partners
894 W. Washington St.
San Diego, CA 92103

CBRE, Inc.
100 Congress, Suite 500
Austin, TX 78701

City of Austin
P.O. Box 2267
Austin, Texas 78783-2267

Dioguardi Flynn LLP
7001 N. Scottsdale Road, Suite 2060
Scottsdale, AZ 85252

Epsilon Engineering & Materials, LLC
13765 W Auto Drive
Goodyear, AZ 85338

Glast Phillips & Murry, PC
14801 Quorum Drive, Suite 500
Dallas, TX 75254

Joseph & Sammel Inc.
407 Baylor St. Austin
Texas 78746

Landscape Resources
P.O. Box 92198
Austin, TX 78709

---

Ch 11 Bankruptcy Case Number   15-42359 WJL
Order Granting *Ex Parte* Motion for Entry of an Order for Joint Administration of Cases

Case: 15-42359    Doc# 16    Filed: 08/12/15    Entered: 08/13/15 14:38:28    Page 5 of 6

Mirror Lawn Turf
P.O. Box 7966
Jackson, TN 38302

National Asset Services, Inc.
9841 Airport Boulevard, Suite 1107
Los Angeles, California 90045

Principal Management Solutions, LLC
8083 East Michelle Drive
Scottsdale, AZ 85255

Set Construction, LLC
1900 Pima Drive
Lake Havasu City, AZ 86403

Shelley Lamoglia
c/o CBRE, Inc.
100 Congress, Suite 500
Austin, TX 87801

Van Norman LLC
7305 B Bandera Ranch Trail
Austin, TX 78750

Vantage Point Consulting, LLC
17242 W. Watkins Street
Goodyear, AZ 85338

Virtua Partners, LLC
1805 East Desert Park Lane
Phoenix, Arizona 85020

Virtua High Growth Fund, LLC
1805 East Desert Park Lane
Phoenix, Arizona 85020

Waste Management, Inc.
7301-15 Metro Center Drive, Ste. 100
Austin, TX 78744

Worldwide Pest
2101 S IH 35 Frontage Rd. #127
Austin , Texas 78741